UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CR-20018-LEIBOWITZ

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

SAVANNAH ROSE MINAMI,

    Defendant.
_____/

## MOTION TO TRAVEL

The Defendant, SAVANNAH ROSE MINAMI, through undersigned counsel, respectfully requests that this Honorable Court permit her to travel from the Southern District of Florida to East Northport, New York from August 7, 2024, to August 11, 2024, for a wedding. In support, the Defendant states as follows:

1. Ms. Minami would like permission to attend a wedding in East Northport, New York from August 7, 2024, to August 11, 2024

2. Ms. Minami will be attending the wedding on August 10, 2024, and she plans to stay with her family during the occasion.

3. Undersigned counsel has contacted AUSA Sterling Paulson, for their position on the relief requested herein. Furthermore, Ms. Minami's Pretrial Services Officer, Ms. Sofia Kollaian, does not oppose the relief requested herein.

4. Ms. Minami will provide her Pretrial Services Officer with all travel information.

-1-

**WHEREFORE**, the Defendant, SAVANNAH ROSE MINAMI, through undersigned counsel, respectfully requests that this Honorable Court permit her to travel outside the Southern District of Florida to East Northport, New York from August 7, 2024, to August 11, 2024.

Respectfully submitted,

LAW OFFICES OF PAUL D. PETRUZZI,
8101 Biscayne Blvd., Penthouse 701
Miami, FL 33138
Office: (305) 373-6773
Facsimile: (305) 373-3832
E-mail: petruzzi-law@msn.com

By:   s/ Paul Petruzzi
      **PAUL D. PETRUZZI, ESQ.**
      Florida Bar No. 982059

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2024, a true and correct copy of the foregoing was furnished CM/ECF to all counsel of record.

By:   s/ Paul Petruzzi
      **PAUL D. PETRUZZI, ESQ.**
      Florida Bar No. 982059